# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TIMOTHY P. GARCIA,

      Plaintiff,

    vs.                                      No. CIV 07-730 MV/LFG

JOHN P. DANTIS and
RONALD C. TORRES,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on Defendants' Motion to Dismiss [Doc. 3] and on the Magistrate Judge's Findings and Recommended Disposition filed September 25, 2007 [Doc. 22].

Petitioner filed a Response [Doc. 15] to Defendants' Motion to Dismiss; however, he did not file any objections to the Magistrate Judge's Analysis and Recommended Disposition, and the time for doing so has expired.

IT IS THEREFORE ORDERED that the Analysis and Recommended Disposition of the United States Magistrate Judge is adopted by the Court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [Doc. 3] is granted, that the Petition is denied, and that this action is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE